IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-HC-2169-FL

JOHNATHAN SEYMORE,

    Petitioner,

v.

JOSEPH B. HALL,

    Respondent.

ORDER

Johnathan Seymore, a state inmate, petitions this court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 15, 2011, the court granted respondent's motion for summary judgment, dismissed petitioner's habeas petition, and denied a certificate of appealability. Petitioner now is before the court requesting that it issue a certificate of appealability. Because the court previously denied petitioner a certificate of appealability and because he has not provided any grounds for this court to alter this determination, the court DENIES petitioner's motion for a certificate of appealability (DE # 15).

SO ORDERED, this the 30 day of April, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge